UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALAMON DUKE,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY COLLEGE OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 19-cv-06327-PJH<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of motion for protective order, (Dkt. 59), and motion to compel, (Dkt. 63), and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: November 12, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record