UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALAMON DUKE,<br><br>        Plaintiff,<br><br>       v.<br><br>CITY COLLEGE OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 19-cv-6327-PJH<br><br>**JUDGMENT** |

    The issues having been duly heard and the court having granted defendant's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of defendant and against plaintiff.

    **IT IS SO ORDERED.**

Dated: May 17, 2021

                                         /s/ *Phyllis J. Hamilton*
                                       PHYLLIS J. HAMILTON
                                       United States District Judge