UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALAMON DUKE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY COLLEGE OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 19-cv-6327-PJH<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Re: Dkt. No. 103 |

On May 7, 2021, defendant filed a motion to seal the entirety of plaintiff's journal. See Dkt. 103. Plaintiff initially filed a supporting declaration that did not provide substantive reasons as to why the document should be sealed, as required by Civil Local Rule 79-5. See Dkt. 106. The court gave plaintiff one final opportunity to file a revised supporting declaration providing reasons why the journal should be sealed. Dkt. 107.

Plaintiff has now filed a revised supporting declaration. See Dkt. 110. The declaration explains that the journal is sealable for three reasons: (1) to protect against annoyance, embarrassment, and oppression, (2) to protect the privacy rights of third parties, and (3) to protect personal health information.

Based upon the reasons provided in the declaration and the court's review of the journal itself, the court finds that the journal is sealable. Defendant's motion to seal (Dkt. 103) is GRANTED.

**IT IS SO ORDERED.**

Dated: June 1, 2021

                                        /s/ *Phyllis J. Hamilton*
                                        PHYLLIS J. HAMILTON
                                        United States District Judge